**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:95-cr-00013-MR-1**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | <u>O R D E R</u> |
| | ) | |
| | ) | |
| RICKY NELSON WALKER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's "Rule 59(e) Motion for Reconsideration to Alter or Amend Judgment" [Doc. 105], which the Court construes as a motion for reconsideration.

The Defendant seeks reconsideration of the Court's May 2, 2016 Order denying the Defendant's Motion for Writ of Error Coram Nobis. [Doc. 104]. Upon careful review, the Court finds no basis in law to reconsider its prior Order. Accordingly, the Defendant's motion for reconsideration is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Rule 59(e) Motion for Reconsideration to Alter or Amend Judgment" [Doc. 105], which the Court construes as a motion for reconsideration is **DENIED**.

**IT IS SO ORDERED.**

Signed: June 9, 2016

Martin Reidinger
United States District Judge